# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-1685

———————

| | |
|---|---|
| United States of America, * | |
| * | |
| Plaintiff – Appellee, * | |
| * | Appeal from the United States |
| v. * | District Court for the |
| * | Northern District of Iowa. |
| Abdel-Illah Elmardoudi, also known as * | |
| Hussein Mohsen Safieddine, also * | |
| known as George Labibe, also known * | |
| as Abdullah, also known as Jean-Pierre * | [UNPUBLISHED] |
| Tardelli, * | |
| * | |
| Defendant – Appellant. * | |

———————

Submitted: March 4, 2009
Filed: March 9, 2009

———————

Before BYE, JOHN R. GIBSON, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Abdel-Ilah Elmardoudi conditionally pleaded guilty to one count of misuse of a Social Security number in violation of 42 U.S.C. § 408(a)(7)(A), and was sentenced to sixty months imprisonment. On appeal, he challenges the district court's[1] denial of his motion to dismiss the indictment based on his constitutional speedy trial and pre-

———————

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

indictment delay claims, as well as his sentence. Having considered Elmardoudi's arguments for reversal and conducted the appropriate review, see United States v. Zastrow, 534 F.3d 854, 856 (8th Cir. 2008) (standard of review for a criminal sentence), United States v. Aldaco, 477 F.3d 1008, 1016 (8th Cir. 2007) (standard of review for a constitutional speedy trial claim), United States v. Gladney, 474 F.3d 1027, 1030 (8th Cir. 2007) (standard of review for a constitutional pre-indictment delay claim), we find no reason to overturn the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____